NUMBERS 13-08-00654-CR, 13-08-00655-CR,
13-08-00656-CR, 13-08-00657-CR,
13-08-658-CR, 13-09-659-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________
 
DONNA CHAMBERLAIN,                                                             Appellant,

v.

THE STATE OF TEXAS,                                                                Appellee.
____________________________________________________________

On appeal from the 319th District Court
of Nueces County, Texas.
____________________________________________________________

MEMORANDUM OPINION
Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam

          Appellant, Donna Chamberlain, by and through her attorney, has filed motions to
dismiss her appeals because she no longer desires to prosecute them. See Tex. R. App.
P. 42.2(a). On August 20, 2009, the appeals were abated for failure to file the brief. The
appeals are hereby REINSTATED. 
          Without passing on the merits of the cases, we grant appellant's motions to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having
dismissed the appeals at appellant's request, no motions for rehearing will be entertained,
and our mandates will issue forthwith.
 
                                                                                                 PER CURIAM
Do not publish. 
See Tex. R. App. P. 47.2(b). 

Delivered and filed the
4th day of February, 2010.